UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Lisa O'Neal Lee, individually and as Personal Representative of the Estate of Michael Wayne Gulledge,<br><br>        Plaintiff,<br><br>    v.<br><br>Chesterfield County School District; Dr. John Williams, Jr., individually and/or in his capacity as the Superintendent of Chesterfield County School District; Dannie H. Blair, individually and/or in her capacity as an employee of Chesterfield County School District; Sylvia Bridges, individually and/or in her capacity as an employee of Chesterfield County School District; Sammie Garris, individually and/or in her capacity as an employee of Chesterfield County School District; Dr. Malia Dunn, individually and/or in her capacity as an employee of Chesterfield County School District; Frances Patterson, individually and/or in her capacity as an employee of Chesterfield County School District; John or Jane Doe Employee of Chesterfield County School District #1; John or Jane Doe Employee of Chesterfield County School District #2; John or Jane Doe Employee of Chesterfield County School District #3<br><br>        Defendants. | C.A. No. 4:12-CV-00680-RBH<br><br>**CONSENT ORDER** |

       The Motion to Dismiss Complaint by the Defendant Chesterfield County School District and the Motion to Dismiss Complaint by the individually-named Defendants (Docket entries 10 and 11), both filed on May 21, 2012, were rendered moot as a consequence of the filing of the Amended Complaint by the Plaintiff on August 15, 2012. All Defendants filed

2

Motions to Dismiss Amended Complaint on September 5, 2012 (Docket entries 26 and 27), and the Motions to Dismiss the Amended Complaint are now the operative motions. Therefore, the Defendants, by and with the consent of the Plaintiff, now seek to withdraw the Motions to Dismiss Complaint filed on May 21, 2012 (Docket entries 10 and 11).

AND IT IS SO ORDERED this 10th day of September, 2012.

                                                  s/ R. Bryan Harwell
                                                  R. Bryan Harwell
                                                  United States District Judge

**I SO MOVE:**

  s/ Laura Callaway Hart
David T. Duff (Fed I.D. No. 623)
Laura Callaway Hart (Fed I.D. No. 1747)
Joseph D. Dickey, Jr. (Fed I.D. No. 11311)
DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404 (29204)
P.O. Box 1486
Columbia, SC 29202
(803) 790-0603

dduff@dwtlawfirm.com
lhart@dwtlawfirm.com
jdickey@dwtlawfirm.com

**I CONSENT:**

  s/ Brad D. Hewett
Ruskin C. Foster (Fed I.D. No. 876)
Brad D. Hewett (Fed I.D. No. 10388)
MIKE KELLY LAW GROUP, LLC
500 Taylor Street
P.O. Box 8113
Columbia, SC 29201
(803) 726-0123

rfoster@mklawgroup.com
bhewett@mklawgroup.com

September 7, 2012
Columbia, SC